IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES,

                Plaintiff,                    No. 2:11-cr-00188-KJM

    vs.

ALEXANDER NATHAN NORRIS,

                Defendant.               <u>ORDER</u>

_____/

On May 29, 2013, the parties appeared for hearing on defendant Alexander Norris's motion to suppress evidence and for a *Franks* hearing. Defendant argued at hearing that a *Franks* hearing is necessary to determine the impact of the missing videos and photographs of law enforcement's April 8 Moocherhunter readings on the determination of probable cause.

Having reviewed the parties' briefing and considered the arguments at hearing, the court has determined that supplemental briefing will assist the court in resolving the issue of how the fact of the missing documentation affects the *Franks* analysis. Defendant may submit a brief no longer than five pages, within seven days of this order, clarifying his legal position with respect to the missing documentation and how its status as missing supports the holding of a *Franks* hearing. Any opposition from the government must be filed within seven

days of the date defendant's brief is filed. Defendant may file a reply within five days of any opposition from the government. If the court requires argument based on the supplemental briefing, it will notify the parties once all briefing is filed.

IT IS SO ORDERED.

DATED: July 22, 2013.


_____
UNITED STATES DISTRICT JUDGE